STATE OF CONNECTICUT *v.* JOSEPH PASCALE

The motion by the state to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Jeremiah M. Keefe,* assistant state's attorney, for the appellee (state).

*F. Patrick Zailckas,* for the appellant (defendant).

Argued November 4—decided November 5, 1969

JERRYL L. KEANE *v.* JOHN D. CUCURELLO ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Allan R. Johnson,* for the appellees (defendants).

*Jerryl L. Keane,* pro se, the appellant (plaintiff).

Argued November 4—decided November 5, 1969

The appellant filed a motion for reargument which was denied.

ALEXANDER SHOWE ET AL. *v.* ROBERT W. RADDATZ ET AL.

The motion by the plaintiffs to dismiss the appeal of the defendants James C. and Sherrill G. Miller from the Court of Common Pleas in New Haven County is granted.

*Joseph J. Sensale,* for the appellees-appellants (plaintiffs).